O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 08-00101-SGL (JCRx)                                        Date:  September 2, 2008

Title:      UNITED STATES OF AMERICA -v- RICHARD L. PROCHNOW
==================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

       Jim Holmes                                      None Present
       Courtroom Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                 None present

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

      This matter is before the Court on the government's motion for the issuance of an order to show cause.  The Court deems this matter appropriate for decision without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for September 8, 2008, is **VACATED**.

      The Court has reviewed and considered the government's motion and the defendant's opposition to the motion for an order to show cause re contempt for defendant's failure, not withstanding an admitted net worth that totals in the tens of millions of dollars, to satisfy the judgment entered against him in this action.

      Defendant has opposed the present motion, in large part, by opposing any finding of contempt.  The Court will consider defendant's submission, as well as any further filings he wishes to present, in advance of the hearing.  Any such filings shall be filed no later than September 29, 2008.  Any supplemental filings by the government are subject to the same filing deadline.

      The Court understands from defendant's submissions that he contends, notwithstanding his significant assets, that he cannot satisfy the judgment because his assets are not liquid.  However, the Court is also struck by the evidence offered by the government that defendant has apparently made <u>no</u> attempt to even partially satisfy the judgment, notwithstanding said significant assets and not insignificant income.  Nevertheless, the Court will consider a payment plan developed by defendant that is reasonable (in light of the competing factors of defendant's wealth and his lack of

MINUTES FORM 90                                                           Initials of Deputy Clerk __jh_____
CIVIL -- GEN                                       1

EDCV 08-00101-SGL (JCRx)
UNITED STATES OF AMERICA v RICHARD L. PROCHNOW
MINUTE ORDER of September 2, 2008

liquidity) as a factor demonstrating a good faith attempt to comply with the relevant Court order and, thus, a factor weighing against a finding of contempt.

In light of the foregoing, the Court **GRANTS** the government's motion and **ORDERS DEFENDANT TO SHOW CAUSE** why he should not be held in civil contempt in light of a willful refusal to comply with the July 31, 2006, Order and Judgment of the United States District Court for the Northern District of Georgia requiring him to pay disgorgement of $1,685,00 and civil penalties of $5,455,280.

The matter is set for hearing on **OCTOBER 6, 2008**, at 10:00 a.m., in Courtroom One of the above-referenced Court.  Defendant, Richard L. Prochnow, is **ORDERED TO APPEAR** personally at that hearing.

**IT IS SO ORDERED.**